UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS *ex rel.* NORTHWESTERN PHYSICIANS AND SURGEONS, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN MEMORIAL HEALTHCARE CORPORATION, NORTHWESTERN MEMORIAL HOSPITAL, NORTHWESTERN MEMORIAL FOUNDATION, NORTHWESTERN MEDICAL FACULTY FOUNDATION, DEAN M. HARRISON, PETER MCCANNA, DENNIS MURPHY, JIM FOODY, M.D., JAMES SCHROEDER, M.D., CHARLES WATTS, M.D., GARY MARTIN, M.D., J. LARRY JAMESON, M.D., NATHANIEL SOPER, M.D., <br><br> Defendants. | No. 08 C 0633 <br><br> Judge Der-Yeghiayan |

**UNITED STATES' CONSENT TO DISMISSAL**

The relator in this *qui tam* action under the False Claims Act, 31 U.S.C. 3729 *et seq.*(FCA) has filed a motion to dismiss his complaint. Pursuant to 31 U.S.C. 3730(b)(1), the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal." (citing 31 U.S.C. 3730(b)(1)).

The United States, through its Attorney General, hereby consents to dismissal of this matter so long as the dismissal is without prejudice to the United States.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Michele M. Fox
    MICHELE M. FOX
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9085
    michele.fox@usdoj.gov

Dated: April 21, 2010

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' CONSENT TO DISMISSAL**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on April 21, 2010, to the following non-ECF filers:

    Phillip Taxman
    Phillip Taxman, Ltd.
    680 N. Lakeshore Drive
    #1122
    Chicago, Illinois 60611

    Dean M. Trafelet
    50 W. Schiller
    Chicago, Illinois 60606

    Margaret Riley Thomas
    Assistant Attorney General, Special Litigation Bureau
    Illinois Attorney General Lisa Madigan
    100 W. Randolph Street
    11th Floor
    Chicago, Illinois 60601

    By: <u>s/ Michele M. Fox</u>
        MICHELE M. FOX
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-9085